USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROLANDO DYKE,

               Plaintiff,

        -against-

BEST BUY STORES, LP, BEST BUY CO., INC.,
KELLERMEYER BERGENSONS SERVICES LLC
and CS JANITORIAL SERVICES INC.,

               Defendants.
------------------------------------------------------------X

Civil Action

Case No.: 1:19-cv-11205 (LLS)

~~PROPOSED~~ REVISED
SCHEDULING ORDER

HON. LOUIS L. STANTON, U.S.D.J.:

All discovery deadlines previous ordered in the above matter are revised according to the following schedule:

| | | |
|---|---|---|
| 1. | All party depositions are to be held by: | July 30, 2021 |
| 2. | Deadline for plaintiff's expert disclosure: | August 20, 2021 |
| 3. | Deadline for defendants' expert disclosure: | September 10, 2021 |
| 4. | All expert depositions are to be held by: | September 24, 2021 |
| 5. | The end date for all discovery is: | October 1, 2021 |
| 6. | Pre-trial order to be filed by: | October 29, 2021 |

Dated: New York, New York
       June 14, 2021

**SO-ORDERED:**

_Louis L. Stanton_
Hon. Louis L. Stanton, U.S.D.J.

6/29/21