UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO DYKE,

                 Plaintiff,

- against -

BEST BUY STORES, L.P., et al.,

                 Defendants.

19 Civ. 11205 (LLS)

ORDER

On review of their requests filed July 5, 2022, July 7, 2022, and July 8, 2022 (Dk. Nos. 42, 45, and 46), the defendants have leave to file their proposed motions for summary judgment within 21 days. Opposition is due 21 days thereafter.

So ordered.

Dated:    New York, New York
            July 13, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.