**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROLANDO DYKE,

                Plaintiff,

   -against-                                   19 **CIVIL** 11205 (LLS)

                                                  **JUDGMENT**

BEST BUY STORES, L.P., BEST BUY CO.,
INC., KELLERMEYER BERGENSONS
SERVICES LLC and CS JANITORIAL
SERVICES INC.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 10, 2023, because plaintiff has failed to establish a prima facie claim for negligence against defendants, defendants' motions for Summary Judgment dismissing the complaint, with prejudice, is granted.

**Dated:** New York, New York

      March 10, 2023

                                                                  **RUBY J. KRAJICK**

                                                             _____
                                                               **Clerk of Court**

                                **BY:**    *K. Mango*

                                                               _____
                                                               **Deputy Clerk**